No. 38. CRAINE *v.* COMMONWEALTH OF VIRGINIA ET AL.

Argued October 19, 1928. Decided October 22, 1928. *Per Curiam:* Reversed on the authority of *Brooke* v. *City of Norfolk,* 277 U. S. 27. *Mr. A. W. Patterson* for petitioner. *Mr. Leon M. Bazile,* with whom *Mr. E. Warren Wall* was on the brief, for respondents.

No. 28. JACKSON & EASTERN RY. CO. ET AL. *v.* BURNS ET AL.

Argued October 11, 1928. Decided October 22, 1928. *Per Curiam:* Writ of error dismissed for want of jurisdiction. Petition for writ of certiorari denied. *Mr. George B. Neville,* with whom *Mr. W. N. Key* was on the brief, for plaintiffs in error. *Messrs. J. N. Flowers, J. R. Rouzee,* and *Victor W. Crilbert* were on the brief for defendants in error.

No. 35. WESTINGHOUSE ELECTRIC & MANUFACTURING Co. *v.* DE FOREST RADIO TELEPHONE & TELEGRAPH Co.; and

No. 36. WESTINGHOUSE ELECTRIC & MANUFACTURING Co. ET AL. *v.* UNITED STATES ET AL.

Argued October 18, 19, 1928. Decided October 29, 1928. *Per Curiam:* Affirmed on the authority of *Morgan* v. *Daniels,* 153 U. S. 120; *Victor Talking Machine Co.* v. *Brunswick Balke Collender Co.,* 273 U. S. 670. *Mr. Frederick H. Wood,* with whom *Messrs. Drury W. Cooper, Thomas Ewing,* and *Alfred McCormack* were on the brief, for petitioners. *Mr. Charles E. Hughes,* with whom *Messrs. Thomas G. Haight, Samuel E. Darby, Jr.,* and *William R. Ballard* were on the brief, for respondents.